NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FATE PRICE,**
*Petitioner,*

v.

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

---

2011-3059

---

Petition for review of the Merit Systems Protection Board in case no. DE0752090346-I-2.

---

**ON MOTION**

---

**ORDER**

Fate Price moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>__MAR 2 4 2011__</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Fate Price
     Michael D. Austin, Esq.

     .

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAR 2 4 2011**

**JAN HORBALY**
**CLERK**